1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>        Plaintiff,<br><br>Vs.<br><br>A Business Enterprise, Inc., et al.,<br><br>        Defendants. | Case Number C17-0707 CRB<br><br>NOTICE OF CONDITIONAL SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the parties have entered into a written agreement conditionally settling this action. The parties expect to fulfill the terms of settlement on or before September 30, 2017. Plaintiff requests that the matter be stayed until that date. Once the terms are fulfilled, Plaintiff will promptly file a Notice of Dismissal.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: August 1, 2017

___

Notice of Conditional Settlement

-1-