RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

    Plaintiff,

Vs.

A Business Enterprise, Inc., et al.,

    Defendants.

Case Number C-17-0707 CRB

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio, and defendants A Business Enterprise, Inc., Rajinder Singh Dhindsa, and Bhupinder Singh Dhindsa, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Denae Hildebrand Budde of Budde Law Group), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Jose Daniel Castillo-Antonio     9/29/2017

Budde Law Group, APLC    -- By: Denae Hildebrand Budde /s/ Denae Hildebrand Budde
    9/29/2017

---

STIPULATION AND ORDER OF DISMISSAL – 17-0707 CRB

-1-

# FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on September 29, 2017, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Denae Hildebrand Budde, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. A Business Enterprise, Inc., et al., Case No. C-17-0707 CRB, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: October 5, 2017

Charles R. Breyer
United States District Judge